UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARLA THOMAS,
    Plaintiff,

v.                                  CASE NO.: 8:17-cv-02493-CEH-TGW

COMENITY BANK,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

    James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on November 19, 2018, attended by William P. Howard, Esq., Ms. Karla Thomas, Mr. John Thomas, Charles J. McHale, Jr., Esq. and Leah Eberle, Esq., resulted in a complete settlement.

## Certificate of Service

    I hereby certify that on November 19, 2018, by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

William P. Howard, Esq.    Charles J. McHale, Jr., Esq.
Fax: (813) 435-2369        Fax: (813) 251-3675

*/s/ James R. Betts*
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM