UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARLA THOMAS,

    Plaintiff,

v.                                           CASE NO.:  8:17-cv-2493-CEH-TGW

COMENITY, LLC, d/b/a COMENITY BANK,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Karla Thomas, and the Defendant, Comenity, LLC, d/b/a Comenity Bank, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ William "Billy" Peerce Howard | /s/ Charles J. McHale, Esq. |
| William "Billy" Peerce Howard, Esq. | Charles J. McHale, Esq. |
| Florida Bar No. 0103330 | Florida Bar No.: 0026555 |
| Billy@TheConsumerProtectionFirm.com | GOLDEN SCAZ GAGAIN, PLLC |
| THE CONSUMER PROTECTION FIRM, PLLC | 201 North Armenia Avenue |
| 4030 Henderson Boulevard | Tampa, Florida 33609-2303 |
| Tampa, FL 33629 | Phone: (813) 251-5500 |
| Telephone: (813) 500-1500 | Fax: (813) 251-3675 |
| Facsimile: (813) 435-2369 | dgolden@gsgfirm.com |
| Attorney for Plaintiff | cmchale@gsgfirm.com |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I certify that on December 6th, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ William "Billy" Peerce Howard
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Attorney for Plaintiff
