UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARLA THOMAS,

    Plaintiff,

v.                                      Case No: 8:17-cv-2493-T-36TGW

COMENITY LLC,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 47). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 47).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on December 7, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record